

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00236-CR

Daniel Eugene **PERTEET**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 402nd District Court, Wood County, Texas
Trial Court No. 21-232-2011
The Honorable Timothy Boswell, Judge Presiding

Opinion by:    Marialyn Barnard, Justice

Sitting:       Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena Chapa, Justice

Delivered and Filed:  March 13, 2013

MOTION TO WITHDRAW GRANTED; AFFIRMED

Pursuant to a plea bargain agreement, appellant Daniel Eugene Perteet pled guilty to the offense of indecency with a child by sexual contact.  The trial court, in accordance with the plea agreement, deferred a finding of guilt and placed Perteet on community supervision for a period of ten years.

The State filed a First Amended Motion to Revoke Community Supervision, alleging Perteet had violated numerous conditions of his community supervision.  After a hearing, the

trial court found Perteet had violated several terms of his community supervision, adjudicated him guilty, and sentenced him to ten years confinement. Perteet then perfected this appeal.

Perteet's court-appointed appellate attorney filed a motion to withdraw and a brief in which he raises no arguable points of error and concludes this appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel provided proof Perteet was given a copy of the brief and motion to withdraw and was informed of his right to review the record and file his own brief. Perteet has not filed a brief.

After reviewing the record and counsel's brief, we find no reversible error and agree with counsel the appeal is without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by Perteet's counsel and affirm the trial court's judgments. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

No substitute counsel will be appointed. Should Perteet wish to seek further review of this case in the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either the day our judgment is rendered or the day the last timely motion for rehearing or timely motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See id.* R. 68.3. Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.

Marialyn Barnard, Justice

Do Not Publish